# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 14-22075-JRS |
| | ) | |
| CHRISTINE BOCHICCHIO, | ) | CHAPTER: 7 |
| | ) | |
| Debtor | ) | HON. JAMES R. SACCA |

## **TRUSTEE'S NOTICE OF ASSETS AND REQUEST THAT CLERK ISSUE BAR DATE**

COMES NOW the Trustee, Albert F. Nasuti, and represents as follows:

1. The Trustee anticipates recovering assets.

2. It appears that a distribution to creditors is possible.

3. According to the Trustee's records, there has been no notice to creditors of a deadline for filing proofs of claim and such notice should be sent as soon as possible.

WHEREFORE, the Trustee requests the Clerk issue a notice of bar date for the filing of claims.

Dated this 28th day of September, 2015.

/s/    Albert Nasuti
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111
Email: anasuti@tokn.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  14-22075-JRS |
| | ) | |
| CHRISTINE BOCHICCHIO, | ) | CHAPTER:  7 |
| | ) | |
| Debtor | ) | HON. JAMES R. SACCA |

## CERTIFICATE OF SERVICE

I hereby certify that today I have served a copy of the foregoing Trustee's Notice of Assets and Request that Clerk Issue Bar Date upon each of the following by depositing a copy of the same in the United States Mail in an envelope properly addressed with sufficient postage to assure delivery:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Christine Bochicchio
1102 Summit Crossing Way
Cumming, GA 30041

Jared L. Mitnick
Suite 450
3780 Mansell Road
Alpharetta, GA 30022

Dated this 28th day of September, 2015.

/s/    Albert Nasuti
_____
Albert F. Nasuti, Chapter 7 Trustee
Georgia State Bar No. 535209
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Tel: (770) 925-0111
Email: anasuti@tokn.com