# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-22075 JRS  
**Case Name:** BOCHICCHIO, CHRISTINE  

**Period Ending:** 09/30/15

**Trustee:** (300052)  Albert F. Nasuti, Trustee  
**Filed (f) or Converted (c):** 09/02/14 (f)  
**§341(a) Meeting Date:** 10/20/14  
**Claims Bar Date:** 12/28/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash | 10.00 | 0.00 | | 0.00 | FA |
| 2 | PNC savings 8228 - 70 pnc checking 3221 - 50 | 195.00 | 0.00 | | 0.00 | FA |
| 3 | household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | clothes 500 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | sporting goods | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2012 honda civic | 12,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | Potential fraudulent and/or preferential  (u) transfer to an insider | 0.00 | 24,000.00 | | 0.00 | 24,000.00 |
| 7 | **Assets**  **Totals** (Excluding unknown values) | **$13,905.00** | **$24,000.00** | | **$0.00** | **$24,000.00** |

**Major Activities Affecting Case Closing:**

The Trustee is investigating Estate's claims and causes of action against the Debtor, Debtor's non-filing spouse, Debtor's children, and Debtor's siblings for numerous transfers of assets, including direct transfers of cash from Debtor's bank accounts and subsequent transfers from Debtor's corporate accounts.  The Trustee reviewed Debtor's bank statements, tax returns, and other documents provided by Debtor's counsel, to determine Estate's claims and causes of action.  The Trustee conducted legal research of his possible claims.  The Trustee sent out position and demand letters to transferees in hopes to resolve the claims prior to filing adversary proceedings.  The Trustee is investigating and pursuing assets.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2016          **Current Projected Date Of Final Report (TFR):**  December 31, 2016